UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JESUS RANGEL, | ) |
| Plaintiff, | ) |
| vs. | ) 1:06-cv-018-SEB-VSS |
| SEARS, | ) |
| Defendant. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for summary judgment is **granted,** that judgment is entered for the defendant and against the plaintiff, and that this cause of action is dismissed with prejudice.

The costs of this action are assessed against the plaintiff.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Date: 11/14/2006

Distribution:

Jesus Rangel
950 W 103rd PL
Apt.# F105
Northglenn, CO 80260

Theresa Marie Gallion, tgallion@laborlawyers.com
Robert J. Schuckit, rschuckit@schuckitlaw.com